```
12
```

TRUDI G. MANFREDO
Law Office of Trudi G. Manfredo
575 E. Alluvial, Suite 103A
Fresno, CA 93720
Telephone: (559) 242-5577
Facsimile: (559) 513-8148
E-mail: trmanfredo@yahoo.com

Attorney for Julie Mumma

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

In the Matter of

TODD ERIC MUMMA,

      Debtor.

Case No. 11-19871-B-7

Chapter 7

TGM-1

Date: February 2, 2012
Time: 10:00 a.m.
Dept: B, Courtroom 12
The Honorable W. Richard Lee

### EXHIBITS "A", "B", "C" & "D" IN SUPPORT OF JULIE MUMMA'S MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON REAL AND PERSONAL PROPERTY FROM THE CHAPTER 7 ESTATE

1. **Exhibit "A"** is a true and correct copy of the Debtor's Schedule A. (Page 2)

2. **Exhibit "B"** is a true and correct copy of the Debtor's Schedule D. (Page 3)

3. **Exhibit "C"** is a true and correct copy of the Debtor's Schedule B. (Page 5)

4. **Exhibit "D"** is a true and correct copy of the Debtor's Schedule C. (Page 10)

FILED
December 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003977048

Official Form B6A (12/07)  UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Property Located At 10202 N. Quail Run Drive Fresno, Ca 93730<br><br>Legally Described As Lot 19 and 20 of Tract No. 3800, In The City of Fresno, County of Fresno, State of California, According To The Map Thereof Recorded In Book 44, Pages 97 Through 99, Inclusive, Fresno County Records.<br><br>Value of Real Property Based On Uniform Residential Appraisal Report Completed On July 22, 2011. | Fee Owner | C | $ 510,000.00 | $ 470,175.98 |
| | | Total ➤ | $ 510,000.00 | |

(Report also on Summary of Schedules.)

Exhibit "A" Page 1 of 1

Form B6D (12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 68249014264199<br>Bank of America Home Loans<br>PO Box 30750<br>Los Angeles, Ca 90090-0750 | X | C | Second Deed of Trust<br>Real Property Located At<br>10202 N. Quail Run Drive<br>Fresno, Ca 93730<br><br>Legally Described As Lot 19 and 20 of Tract No. 3800, In The City of Fresno, County of Fresno, State of California, According To The Map Thereof Recorded In Book 44, Pages 97 Through 99, Inclusive, Fresno County Records.<br><br>Value of Real Property Based On Uniform Residential Appraisal Report Completed On July 22, 2011.<br>VALUE $510,000.00 | | | | 247,779.70 | 0.00 |
| ACCOUNT NO. 33463<br>Murphy Bank<br>5180 N. Palm Avenue, Suite 101<br>Fresno, Ca 93704 | X | | Business Debt<br>Secured By 4 Sharp Copiers<br>VALUE $20,000.00 | | | | 29,922.53 | 9,922.53 |

1   continuation sheets attached

Subtotal ▶ (Total of this page)  $ 277,702.23  $ 9,922.53

Total ▶ (Use only on last page)  $  $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "B"  Page 1 of 2

Form B6D Cont'd(12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 33462<br>Murphy Bank<br>5180 N. Palm Avenue, Suite 101<br>Fresno, Ca 93704 | X | | Business Debt<br><br>Secured By 3 Sharp Copiers<br><br>VALUE $15,000.00 | | | | 22,722.66 | 7,722.66 |
| ACCOUNT NO. 33271<br>Murphy Bank<br>5180 N. Palm Avenue, Suite 101<br>Fresno, Ca 93704 | X | | Business Debt<br><br>Secured By Multiple Older Copy Machines<br><br>VALUE $15,000.00 | | | | 19,316.25 | 4,316.25 |
| ACCOUNT NO. 0201695434<br>SunTrust Mortgage, Inc.<br>PO Box 26149<br>Richmond, VA 23260-6149 | X | C | First Deed of Trust<br>Real Property Located At<br>10202 N. Quail Run Drive<br>Fresno, Ca 93730<br><br>Legally Described As Lot 19 and 20 of Tract No. 3800, In The City of Fresno, County of Fresno, State of California, According To The Map Thereof Recorded In Book 44, Pages 97 Through 99, Inclusive, Fresno County Records.<br><br>Value of Real Property Based On Uniform Residential Appraisal Report Completed On July 22, 2011.<br><br>VALUE $510,000.00 | | | | 222,396.28 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ><br>(Total of this page)  $ 264,435.19   $ 12,038.91

Total ><br>(Use only on last page)  $ 542,137.42   $ 21,961.44

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "B" Page 2 of 2

Official Form B6B (12/07)    UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash On Hand | | 720.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Personal Checking Account No. XXXX6413 | | 1,009.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Security First Bank of Fresno Business Checking Account No. XXXX3358 | | 2,900.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings<br><br>No Single Item Exceeds $550 | | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 1 Indy 500 Racing Golf Bag $100;<br>1 Indy 500 Signed Helmet $150;<br>1 Penn State Signed Helmet- Kerry Collins $100;<br>20 Autographed Baseballs $500;<br><br>1 Book of Assorted Casino Chips $1.00 | | 851.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous Books, Picutres, CDs and DVDs | | 500.00 |
| 6. Wearing apparel. | | Wearing Apparel | | 1,500.00 |
| 7. Furs and jewelry. | | 1989 Rolex Submariner $5,000;<br>1995 Rolex Yachmaster $5,000;<br>2007 Rolex Daytona $10,000 | | 20,000.00 |

Exhibit "C"   Page 1 of 5

Official Form B6B Cont'd (12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1. .22 1022 Ruger $150;<br>2. .22 Mod 522 Remington Viper $150;<br>3. .22 Savage Model 93 Bolt $150;<br>4. .243 Model 700 Remington $400;<br>5. .270 Tikka Bolt Action $450;<br>6. 12 Gauge 500A Mossberg PU $300;<br>7. 12 Gauge 870 $350;<br>8. 12 Gauge 870 Wingmaster $350;<br>9. 12 Gauge Bennelli Super Nova Ducks Unlimited $400;<br>10. 12 Gauge Berretta Urika $825<br>11. 12 Gauge Charles Daly $400;<br>12. 20 Gauge 870 Express $350<br>13. 12 Gauge Browning A5 $585<br>14. 12 Gauge Stoeger Coach Gun Stainless $400;<br>15. 45 Auto Colt $700<br>16. 20 Gauge Over/Under American Arms $500<br>17. .17 Cal Browning Lever Action $400 | | 6,860.00 |
| Firearms and sports, photographic, and other hobby equipment. | | 1. 6 Pre "1970" Fender Acoustic Guitars $450/each;<br>2. 1 Guild Acoustic $950;<br>3. 1 Black Fender Labrea $250;<br>4. 1 Ovation Acoustic $700;<br>5. 1 Ephiphone Signed Bonnie Rait-Don Henley $500;<br>6. 5 Antique Silvertone's Archtops $150.00 each;<br>7. 1 Fender San Luis Rey $190;<br>8. 7 Antique Harmony Archtops $2100.00 (Total);<br>9. 1 Ibinez Acoustic $300;<br>10. 1 Ephiphone Elvis Commermorative $450;<br>11. 1 Fender Brown Acoustic $150;<br>12. 1 Guild Acoustic $140;<br>13. 1 Fender Catalina Acoustic $350;<br>14. 1 Noma Acoustic 40's $200;<br>15. 1 Stella Parlor Guitar $200;<br>16. 1 Ephiphone Autographed Brooks & Dunn $800 | | 10,100.00 |
| Firearms and sports, photographic, and other hobby equipment. | | Two Sets of Golf Clubs, Skiis, Poles and Boots | | 750.00 |
| 9. Interests in Insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Prudential Life Insurance Company<br>Universal Life Policy<br>Cash Surrender Value $5,920.00<br>Death Benefit $3,000,000.00 | | 5,920.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |


Exhibit "C" Page 2 of 5

Official Form B6B Cont'd (12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Interest in Select Business Systems, Inc.<br><br>No Cash Value | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Interest in TEM Financial<br><br>No Cash Value | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sunnyside Country Club Membership<br>Equity Member<br><br>No Cash Value | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | TEM Financial Accounts Receivables<br><br>Receivables Total $440,088.37<br>Total Uncollectible Receivables $423,091.83 | | 16,996.54 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Potential Child Support and Alimony<br><br>Value Unknown | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |


Exhibit "C" Page 3 of 5

| Debtor(s): Todd Eric Mumma | Case No.: |
|---|---|
| | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | TEM Financial<br>Fictitious Business Name Statement<br><br>No Cash Value | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Ford F-150<br>4D Kingcab, V8, Shortbed, 3/4 Ton, Auto, PS, AC, PW, PD, Tilt, Cruise, Cassette, Dual Power Seat, ABS, 4WD, CD, Leather, Alloy Wheels, Tow Package<br><br>93,000 Miles<br><br>Commercial Vehicle<br>Co-Owned With Select Business System, Inc.<br>Total Vehicle Value Is $15,133.80. Debtor's Interest In Vehicle Is $7,566.90 | | 7,566.90 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Ford Ranger<br>2D, V6, Auto, PS, AC, PW, PD, Tilt, Cruise, PS, ABS, CD, Alloy Wheels, Short Bed<br><br>20,000 Miles<br><br>Commercial Vehicle<br>Co-Owned With Select Business System, Inc.<br>Total Vehicle Value Is $14,675.00. Debtor's Interest In Vehicle Is $7,337.50 | | 7,337.50 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Mercedes Benz C300W<br><br>Leased Vehicle | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Exhibit "C" Page 4 of 5

Official Form B6B Cont'd (12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__4__ continuation sheets attached                     Total ▶    $ 88,010.94

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Exhibit "C" Page 5 of 5

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1. .22 1022 Ruger $150; 2. .22 Mod 522 Remington Viper $150; 3. .22 Savage Model 93 Bolt $150; 4. .243 Model 700 Remington $400; 5. .270 Tikka Bolt Action $450; 6. 12 Gauge 500A Mossberg PU $300; 7. 12 Gauge 870 $350; 8. 12 Gauge 870 Wingmaster $350; 9. 12 Gauge Bennelli Super Nova Ducks Unlimited $400; 10. 12 Gauge Berretta Urika $825 11. 12 Gauge Charles Daly $400; 12. 20 Gauge 870 Express $350 13. 12 Gauge Browning A5 $585 14. 12 Gauge Stoeger Coach Gun Stainless $400; 15. 45 Auto Colt $700 16. 20 Gauge Over/Under American Arms $500 17. .17 Cal Browning Lever Action $400 | C.C.P. § 703.140(b)(5) | 6,860.00 | 6,860.00 |
| 1989 Rolex Submariner $5,000; 1995 Rolex Yachmaster $5,000; 2007 Rolex Daytona $10,000 | C.C.P. § 703.140(b)(4) | 1,425.00 | 20,000.00 |
|  | C.C.P. § 703.140(b)(5) | 2,581.60 |  |

Exhibit "D" Page 1 of 3

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2006 Ford F-150<br>4D Kingcab, V8, Shortbed, 3/4 Ton, Auto, PS, AC, PW, PD, Tilt, Cruise, Cassette, Dual Power Seat, ABS, 4WD, CD, Leather, Alloy Wheels, Tow Package<br><br>93,000 Miles<br><br>Commercial Vehicle<br>Co-Owned With Select Business System, Inc.<br>Total Vehicle Value is $15,133.80. Debtor's Interest in Vehicle is $7,566.90 | C.C.P. § 703.140(b)(2)<br><br><br><br><br><br><br><br><br><br><br>C.C.P. § 703.140(b)(5) | 3,525.00<br><br><br><br><br><br><br><br><br><br><br>4,041.90 | 7,566.90 |
| 2009 Ford Ranger<br>2D, V6, Auto, PS, AC, PW, PD, Tilt, Cruise, PS, ABS, CD, Alloy Wheels, Short Bed<br><br>20,000 Miles<br><br>Commercial Vehicle<br>Co-Owned With Select Business System, Inc.<br>Total Vehicle Value is $14,675.00. Debtor's Interest in Vehicle is $7,337.50 | C.C.P. § 703.140(b)(6)<br><br><br><br><br><br><br><br><br><br>C.C.P. § 703.140(b)(5) | 2,200.00<br><br><br><br><br><br><br><br><br><br>5,137.50 | 7,337.50 |
| Bank of America Personal Checking Account No. XXXX6413 | C.C.P. § 703.140(b)(5) | 1,009.00 | 1,009.00 |
| Cash On Hand | C.C.P. § 703.140(b)(5) | 720.00 | 720.00 |
| Household Goods and Furnishings<br><br>No Single Item Exceeds $550 | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| Miscellaneous Books, Picutres, CDs and DVDs | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Prudential Life Insurance Company<br>Universal Life Policy<br>Cash Surrender Value $5,920.00<br>Death Benefit $3,000,000.00 | C.C.P. § 703.140(b)(8) | 5,920.00 | 5,920.00 |

Exhibit "D" Page 2 of 3

Form B6C Cont'd (4/10) UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Todd Eric Mumma | Case No.: (If known) |
|---|---|

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Security First Bank of Fresno Business Checking Account No. XXXX3358 | C.C.P. § 703.140(b)(5) | 2,900.00 | 2,900.00 |
| Two Sets of Golf Clubs, Skiis, Poles and Boots | C.C.P. § 703.140(b)(3) | 750.00 | 750.00 |
| Wearing Apparel | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Exhibit "D" Page 3 of 3